**REMINGTON RAND, Inc., v. ACME CARD SYSTEM COMPANY and LeRoy A. Franklin.**

**No. 8060.**

Circuit Court of Appeals, Sixth Circuit.

Oct. 11, 1939.

Bean, Brooks, Buckley & Bean, of Buffalo, N. Y., and Allen & Allen, of Cincinnati, Ohio, for appellant.

William F. Hall, of Washington, D. C., Lee J. Gary, of Chicago, Ill., and Wood & Wood, of Cincinnati, Ohio, for appellees.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

**PER CURIAM.**

It is ordered that the appeal herein, 29 F.Supp. 192, be and the same is dismissed pursuant to stipulation of counsel.